FILED
2011 Sep-16 AM 11:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LARRY GLADDEN and JOHN TARR, )
)
      Plaintiffs )
)
vs. )   Case No.  2:09-cv-01547-IPJ
)
HOMEWOOD FLORIST, INC., )
)
      Defendant )

## MEMORANDUM OPINION

On July 25, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by either the plaintiffs or the defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge. A separate Final Judgment in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 16th day of September 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE