FILED
2011 Sep-16 AM 11:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY GLADDEN and JOHN TARR, ) <br> ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> HOMEWOOD FLORIST, INC., ) <br> ) <br> Defendant ) | Case No. 2:09-cv-01547-IPJ |

## **<u>FINAL DEFAULT JUDGMENT</u>**

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed.R.Civ.P., it is ORDERED, ADJUDGED and DECREED that plaintiffs' Motion for Default Judgment is GRANTED and judgment by default is ENTERED in favor of plaintiffs and against defendant Homewood Florist, Inc., as follows:

(1)   in favor of plaintiff Larry Gladden and against defendant Homewood Florist, Inc., in the amount of $2433.30 for unpaid overtime compensation;

(2)   in favor of plaintiff Larry Gladden and against defendant Homewood Florist, Inc., in the amount of $2433.30 for liquidated damages;

(3)   in favor of plaintiff John Tarr and against defendant Homewood Florist, Inc., in the amount of $1201.20 for unpaid overtime compensation;

(4)   in favor of plaintiff John Tarr and against defendant Homewood Florist, Inc., in the amount of $1201.20 for liquidated damages;

(5)   in favor of plaintiffs and against defendant Homewood Florist, Inc., in the amount of $3360.00 as an award of attorney fees; and

(6)   in favor of plaintiffs and against defendant Homewood Florist, Inc., for $700.95 in costs and expenses.

DONE this 16th day of September 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE